IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:11-CV-27-F

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER ALLOWING STAY OF CIVIL FORFEITURE PROCEEDINGS** |
| $19,562.00 IN U. S. CURRENCY, | ) | |
| Defendant. | ) | |

For good cause being shown upon the motion of the United States of America, and with the consent of all parties, it is hereby

ORDERED that these civil forfeiture proceedings shall be stayed until the conclusion of the related state court criminal proceedings or until December 30, 2011, whichever date is earlier. The Government is DIRECTED to notify the Court upon the completion of the state court criminal proceedings, should it occur prior to December 30, 2011. The parties shall have 45 days from the termination of the stay within which to complete all discovery.

SO ORDERED this 26th day of August, 2011.

*James C. Fox*
JAMES D. FOX
Senior United States District Judge