UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CV-27-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| $19,562.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

On August 26, 2011, the court stayed this civil forfeiture proceeding until the conclusion of related state court criminal proceedings or until December 30, 2011, whichever date was earlier. *See* Aug. 26, 2011 Order [DE-14]. On December 22, 2011, the court allowed the Government's motion to extend the stay in this matter, until February 27, 2012. *See* December 22, 2011 Order [DE-16]. In accordance with those orders, the stay in this matter is now lifted. The Clerk of Court is DIRECTED to continue the management of this case.

SO ORDERED.

This the 29th day of February, 2012.

JAMES C. FOX
Senior United States District Judge